## West Mifflin Borough, Appellant,
### v. O'Toole et ux.

Argued April 13, 1960. Before RHODES, P. J., WRIGHT, WOODSIDE, ERVIN, WATKINS, and MONTGOMERY, JJ. (GUNTHER, J., absent).

*R. R. McWhinney,* with him *Arthur Wessel, Jr.,* for appellant.

*John J. McLean, Jr.,* with him *Edward A. Witt,* and *Spinelli & McLean,* for appellees.

OPINION PER CURIAM, June 15, 1960:

The six Judges who heard the argument of this appeal being equally divided in opinion, the order of the lower court is affirmed.